**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

TAKEISHA S. MYERS                                                                                   PLAINTIFF

v.                                            No. 4:14CV00332 JLH

KROGER                                                                                                    DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Kroger on the claims of Takeisha S. Myers. The complaint of Takeisha S. Myers is dismissed with prejudice.

IT IS SO ORDERED this 30th day of March, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE